## A. J. Bates Company, Defendant in Error, v. Joseph Di Nunzio, Plaintiff in Error.

### Gen. No. 21,233. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed February 24, 1916.

### Statement of the Case.

Action in replevin and trover by A. J. Bates Company, plaintiff, against Joseph Di Nunzio, defendant. From a judgment for plaintiff, defendant brings error.

CAIROLI GIGLIOTTI, for plaintiff in error.

M. M. JACOBS, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 864*—*when court will not search record to find matters not appearing in abstract.* Where the abstract of record requires court to go through the record to find actual rulings of the court, controlling features of the evidence and instructions to the jury, the Appellate Court will not undertake such a search.